8 So.2d 222

**Ex parte Annie Love Dowell DENSON et al.**

6 Div. 10.

Supreme Court of Alabama.

Mar. 23, 1942.

PER CURIAM.

Rule nisi denied.

THOMAS, BOULDIN, BROWN, and FOSTER, JJ., concur.

4 So.2d 920

**J. Foster FINKLEA et al. v. Ethel Mae JONES, Adm'x.**

1 Div. 150.

Supreme Court of Alabama.

Nov. 13, 1941.

PER CURIAM.

Appeal dismissed; case settled.

5 So.2d 839

**Alston FITTS v. W. C. STAPP.**

6 Div. 897.

Supreme Court of Alabama.

Dec. 16, 1941.

J. W. Mustin and Ward & Ward, all of Tuscaloosa, for appellant.

DeGraffenried & McDuffie, of Tuscaloosa, for appellee.

PER CURIAM.

Appeal dismissed; cause settled.

4 So.2d 920

**Ex parte W. D. (Will) GOODSON.**

4 Div. 235.

Supreme Court of Alabama.

Oct. 24, 1941.

Wallace D. Walters, of Troy, for petitioner.

PER CURIAM.

We are of the opinion the affidavit is not void, Ex parte McElroy (Ex parte Kelley), 241 Ala. 554, 4 So.2d 437, and the writ properly denied. Ex parte Campbell, 20 Ala. 89. Petitioner has sought no relief under Code 1940, Tit. 15, § 2, and any such application is not here presented nor was such presented to the circuit judge.

All the Justices concur, except KNIGHT, J., not sitting.

5 So.2d 839

**Della HASTINGS et al. v. Lola POWERS et al.**

8 Div. 109.

Supreme Court of Alabama.

Dec. 18, 1941.

W. W. Malone and W. W. Malone, Jr., both of Athens, for appellants.

R. B. Patton and D. U. Patton, both of Athens, for appellees.

PER CURIAM.

Appeal dismissed, want of prosecution.